UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD SATISH EMRIT, | Case No. 2:16-cv-02703-APG-NJK |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | (ECF No. 6) |

On December 2, 2016, Magistrate Judge Koppe issued a report and recommendation recommending that I dismiss this case without prejudice because plaintiff Ronald Emrit did not follow the required procedures imposed by Chief Judge Navarro's orders declaring him a vexatious litigant. ECF No. 6. Emrit did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I nevertheless conducted a de novo review. 28 U.S.C. § 636(b)(1). Judge Koppe sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 6) is accepted**. This case is dismissed without prejudice.

DATED this 4th day of January, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE